Fill in this information to identify the case:

Debtor 1   Doloris M Camilleri
           aka Doloris M Bolan
           aka Doloris M Seymour

Debtor 2   _____
(Spouse, if filing)

United States Bankruptcy Court for the EASTERN  District of MICHIGAN

Case number 18-20557-dob

## Official Form 410S1

# Notice of Mortgage Payment Change   12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

| | |
|---|---|
| **Name of creditor:** NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING | **Court claim no**. (if known): 6-1 |
| **Last 4 digits** of any number you use to identify the debtor's account: 1798 | **Date of payment change:** 11/1/2020<br>Must be at least 21 days after date of this notice<br><br>**New total payment:** $708.79<br>Principal, interest, and escrow, if any |

---

**Part 1:   Escrow Account Payment Adjustment**

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No.
   ■ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   _____

   **Current escrow payment:** $189.02     **New escrow payment:** $214.06

---

**Part 2:   Mortgage Payment Adjustment**

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   **Current interest rate:**                    **New interest rate:**

   **Current principal and interest payment:**   **New principal and interest payment:**

---

**Part 3:   Other Payment Change**

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes   Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   **Current mortgage payment**          **New mortgage payment:**

Debtor 1 <u>Doloris M Camilleri</u>  Case number *(if known)* <u>18-20557-dob</u>
aka Doloris M Bolan
aka Doloris M Seymour
      Print Name    Middle Name    Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ <u>/s/Alexa Martini Stinson</u>    Date <u>10/9/2020</u>
    Signature

| | | | |
|---|---|---|---|
| Print | <u>Alexa Martini Stinson</u><br>First Name  Middle Name  Last Name | Title | <u>Authorized Agent for Creditor</u> |
| Company | <u>Robertson, Anschutz, Schneid & Crane LLC</u> | | |
| Address | <u>10700 Abbott's Bridge Road, Suite 170</u><br>Number  Street | | |
| | <u>Duluth  GA 30097</u><br>City     State    ZIP Code | | |
| Contact Phone | <u>470-321-7112</u> | Email | <u>astinson@rascrane.com</u> |

Official Form 410S1    **Notice of Mortgage Payment Change**    page 2

18-20557-dob   Doc 65   Filed 10/09/20   Entered 10/09/20 17:43:44   Page 2 of 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

Doloris M Camilleri,　　　　　　　　　　　　　　　　　　　　　　　　BK Case 18-20557-dob
Debtor.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 9, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

DOLORIS M CAMILLERI
1155 GOLDENROD
HOUGHTON LAKE, MI 48629

And via electronic mail to:
**Todd H. Nye**
THE NYE LAW OFFICE
10393 S. MERRIO RD.
ROSCOMMON, MI 48653

THOMAS MCDONALD
3144 DAVENPORT
SAGINAW, MI 48602

　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Rasheem Edward
　　　　　　　　　　　　　　　　　　　　　　　　　　　Rasheem Edward
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: Rjedward@rascrane.com



Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603 0826
For Inquiries: (800) 365-7107

Final

TIMOTHY BOLAN
DOLORIS CAMILLERI
1155 GOLDENROD DR
HOUGHTON LAKE MI 48629

Analysis Date: August 31, 2020
Loan:

Property Address:
1155 GOLDENROD
HOUGHTON LAKE, MI 48629

## Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Nov 01, 2020 | Prior Esc Pmt | December 01, 2019 | Escrow Balance Calculation | |
|---|---|---|---|---|---|---|
| P & I Pmt: | $494.73 | $494.73 | P & I Pmt: | $494.73 | Due Date: | May 01, 2020 |
| Escrow Pmt: | $189.02 | $214.06 | Escrow Pmt: | $189.02 | Escrow Balance: | $591.08 |
| Other Funds Pmt: | $0.00 | $0.00 | Other Funds Pmt: | $0.00 | Anticipated Pmts to Escrow: | $1,134.12 |
| Asst. Pmt (-): | $0.00 | $0.00 | Asst. Pmt (-): | $0.00 | Anticipated Pmts from Escrow (-): | $0.00 |
| Reserve Acct Pmt: | $0.00 | $0.00 | Resrv Acct Pmt: | $0.00 | | |
| Total Payment | $683.75 | $708.79 | Total Payment | $683.75 | Anticipated Escrow Balance: | $1,725.20 |

| Shortage/Overage Information | Effective Nov 01, 2020 |
|---|---|
| Upcoming Total Annual Bills | $2,376.03 |
| Required Cushion | $396.01 |
| Required Starting Balance | $1,917.89 |
| Escrow Shortage | -$192.69 |
| Surplus | $0.00 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 396.01. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 396.01 or 1/6 of the anticipated payment from the account.

This is a statement of actual activity in your escrow account from Oct 2019 to Oct 2020. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Actual | Payments From Escrow Anticipated | Actual | Description | Escrow Balance Required | Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 0.00 | 1,080.96 |
| Oct 2019 | | 376.42 | | * | | 0.00 | 1,457.38 |
| Nov 2019 | | 188.21 | | * | | 0.00 | 1,645.59 |
| Nov 2019 | | | | 1,142.28 * | Hazard | 0.00 | 503.31 |
| Dec 2019 | | 188.21 | | * | | 0.00 | 691.52 |
| Dec 2019 | | 188.21 | | * | | 0.00 | 879.73 |
| Dec 2019 | | | | 775.60 * | Town Tax | 0.00 | 104.13 |
| Jan 2020 | | 189.02 | | * | | 0.00 | 293.15 |
| Feb 2020 | | 189.02 | | * | | 0.00 | 482.17 |
| Mar 2020 | | 189.02 | | * | | 0.00 | 671.19 |
| Apr 2020 | | 189.02 | | * | | 0.00 | 860.21 |
| Aug 2020 | | | | 458.15 * | Town Tax | 0.00 | 402.06 |
| | | | | | Anticipated Transactions | 0.00 | 402.06 |
| Oct 2020 | | 1,134.12 P | | | | | 1,536.18 |
| | $0.00 | $2,831.25 | $0.00 | $2,376.03 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.
P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
|  |  |  | Starting Balance | 1,725.20 | 1,917.89 |
| Nov 2020 | 198.00 |  |  | 1,923.20 | 2,115.89 |
| Dec 2020 | 198.00 | 1,142.28 | Hazard | 978.92 | 1,171.61 |
| Dec 2020 |  | 775.60 | Town Tax | 203.32 | 396.01 |
| Jan 2021 | 198.00 |  |  | 401.32 | 594.01 |
| Feb 2021 | 198.00 |  |  | 599.32 | 792.01 |
| Mar 2021 | 198.00 |  |  | 797.32 | 990.01 |
| Apr 2021 | 198.00 |  |  | 995.32 | 1,188.01 |
| May 2021 | 198.00 |  |  | 1,193.32 | 1,386.01 |
| Jun 2021 | 198.00 |  |  | 1,391.32 | 1,584.01 |
| Jul 2021 | 198.00 |  |  | 1,589.32 | 1,782.01 |
| Aug 2021 | 198.00 |  |  | 1,787.32 | 1,980.01 |
| Sep 2021 | 198.00 | 458.15 | Town Tax | 1,527.17 | 1,719.86 |
| Oct 2021 | 198.00 |  |  | 1,725.17 | 1,917.86 |
|  | $2,376.00 | $2,376.03 |  |  |  |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year)

Your ending balance from the last month of the account history (escrow balance anticipated) is 1,725.20. Your starting balance (escrow balance required) according to this analysis should be $1,917.89. This means you have a shortage of 192.69. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 12 months. We anticipate the total of your coming year bills to be 2,376.03. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | $198.00 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $16.06 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $214.06 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $692.73 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed.

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION**

---

Detach Here

**Shellpoint Mortgage Servicing**  
Shellpoint Mortgage Servicing  
PO Box 10826

Greenville, SC 29603 0826  
(800) 365-7107

**Escrow Shortage Reply** (This is not a bill)

| Loan Number: | |
|---|---|
| Full Shortage Amount: | $192.69 |
| Payment Amount: | $ _____ |

Your escrow shortage has been spread over 12 months, resulting in an additional increase in your monthly payment in the amount of 16.06.

Shellpoint Mortgage Servicing  
P.O. Box 740039  
Cincinnati, OH 45274-0039

IF YOU CHOOSE to pay your shortage in full, please visit www.ShellpointMtg.com in order to expedite your payment. You can also mail this coupon with your remittance of the full shortage amount to the address to the left